George Walter **PRESLEY**,
Plaintiff–Appellee,

v.

George **EDWARDS**, Captain,
Defendant–Appellant,

**Willie Thomas, etc., et al., Defendants.**

No. 08–11794.

United States Court of Appeals,
Eleventh Circuit.

Jan. 12, 2009.

Quindal Christman Evans, Angela R. Rogers, Bradley Arant Rose & White LLP, Montgomery, AL, for Plaintiff–Appellee.

Gregory M. Biggs, Montgomery, AL, for Defendant–Appellant.

Before BIRCH and BARKETT, Circuit Judges, and KORMAN,* District Judge.

PER CURIAM:

George Edwards, captain of security at Staton Correctional Facility, appeals the district court's denial of his summary judgment motion based on its denial of qualified immunity. We agree with the district court that genuine disputes of material fact exist at this juncture regarding Captain Edward's entitlement to qualified immunity and, accordingly, affirm the district court's ruling.

**AFFIRMED.**